■ MARLENE LIEBERMAN, Appellant, v SHUR MANAGEMENT Co., INC., Respondent. MARLENE LIEBERMAN, Appellant, v PAUL SCHUR, Respondent. — Order, Supreme Court, Bronx County (Alfred Callahan, J.), entered on April 18, 1984, unanimously affirmed, without costs and without disbursements. (*See, Martinez v Lazaroff,* 48 NY2d 819.) No opinion. Concur — Sandler, J. P., Ross, Bloom, Milonas and Ellerin, JJ.